nal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mahone's convictions and sentences are **AFFIRMED**.

Los Angeles, CA, for Defendant–Counter–Claimant–Appellant.

Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM.

The record fully supports the judgment of the district court.

**Affirmed.**

**TURNER GREENBERG ASSOCIATES, INC., Plaintiff–Counter–Defendant–Appellee,**

v.

**C & C IMPORTS, INC., a California corporation, d.b.a. Nancy Corzine, Defendant–Counter–Claimant–Appellant,**

v.

**Steve Turner, Janet Greenberg, Counter–Defendants.**

No. 04–14440.
D.C. Docket No. 96–06057–CV–JIC.

United States Court of Appeals, Eleventh Circuit.

May 6, 2005.

Michael S. Pasano, Zuckerman, Spaeder, et al., Miami, FL, for Plaintiff–Counter–Defendant–Appellee.

Mark Andrew Levy, Brinkley, McNerney, Morgan, Solomon & Tatum, LLP, Ft. Lauderdale, FL, Jay Marshall Coggan,

**Emdadul Hoque BHUIYAN, Fatima Khatun, et al., Petitioners,**

v.

**U.S. ATTORNEY GENERAL, Respondent.**

Nos. 03–12643, 04–10295.
Non–Argument Calendar
Agency Docket Nos. A29–648–832, A29–648–833.

United States Court of Appeals, Eleventh Circuit.

May 10, 2005.